8

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Respondent, § | |
| § | |
| VS. § | Civil Cause No. 97-079 |
| § | Criminal Cause No. 95-109 |
| JUAN VICTOR GARCIA, § | |
| Petitioner. § | |
| § | |

## ORDER DISMISSING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE and GRANTING GOVERNMENT'S MOTION TO DISMISS

Before the Court is Juan Victor Garcia's ("Petitioner") Motion to Vacate, Set Aside or Correct Sentence. After a de novo review of the entire file, this Court is of the opinion that Petitioner's Application under 28 U.S.C. § 2255 should be and is hereby DISMISSED. Furthermore, this Court is also of the opinion that the Government's Motion to Dismiss should be and is hereby GRANTED.

DONE this __26th__ day of __October__, 1998 at ~~Brownsville~~ McAllen, Texas.

_____
Filemon B. Vela
United States District Judge